Timothy W. Fredricks (SBN 238039)
Fredricks.T@wssllp.com
Taylor J. Trotter (SBN 341024)
Trotter.T@wssllp.com
**WINGET SPADAFORA & SCHWARTZBERG LLP**
1900 Avenue of the Stars, Suite 450
Los Angeles, CA 90067
Telephone: 310.836.4800
Facsimile:  310.836.4801

Attorneys for Plaintiff
CETERA FINANCIAL GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CETERA FINANCIAL GROUP, INC., | Case No. |
| Plaintiff, | |
| v. | **COMPLAINT FOR BREACH OF CONTRACT** |
| LARRY G. BOGGS and CHRISTOPHER L. BOGGS, | **JURY TRIAL DEMANDED** |
| Defendants. | |

COMPLAINT

Plaintiff Cetera Financial Group, Inc. ("Plaintiff" or "Cetera") hereby alleges for its Complaint against Defendants Larry G. Boggs and Christopher L. Boggs (collectively, "Defendants") as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because Plaintiff is a Delaware corporation with its principal place of business in California, Larry Boggs is an individual and a citizen of the State of Georgia, Christopher Boggs is an individual and a citizen of the State of Louisiana, and the amount in controversy exceeds $75,000.

2. This Court has personal jurisdiction over Plaintiff because it has, and had at all relevant times, its principal place of business in the State of California.

3. Venue is proper based upon a forum selection agreement between the parties hereto to resolve all disputes in Los Angeles, California, either in State or Federal Court.

## THE PARTIES

4. Plaintiff Cetera Financial Group, Inc. is a Delaware corporation with its principal place of business located at 2301 Rosecrans Ave., Suite 5100, El Segundo, California, 90245.

5. Defendant Larry Boggs is a resident of the state of Georgia, and is currently affiliated with International Advisory Assets, LLC, located at 501 Pullman Street, NW Suite 150, Atlanta, GA 39312.

6. Defendant Christopher Boggs is Larry Boggs's son. He is a resident of the state of Louisiana, and is currently affiliated with LPL Financial, LLC, located at 3888 S. Sherwood Forest Blvd., Bldg. 888, Ste. K, Baton Rouge, LA, 70816.

## STATEMENT OF FACTS

7. In or around October 2011, Defendant Larry Boggs registered as a representative with First Allied Securities, Inc. ("First Allied"), a Cetera broker-

dealer.

8.  In connection with his affiliation with FASI, Larry Boggs was subject to the terms of an Independent Contract Agreement ("ICA"), as amended from time to time. Of relevance to these proceedings, on or about April 15, 2014, Larry Boggs executed an ICA that, among other things, provided as follows:

> Any and all demands, claims actions, losses, costs and expenses of any nature whatsoever, including without limitation those arising out of a demand…litigation nor arbitration that is threatened or initiated by…First Allied…by reason of Contractor's...(ii) failure to satisfy any obligation to First Allied…shall be the responsibility of the Contractor, and the Contractor agrees to indemnify and hold First Allied…harmless from and against any losses, costs and expenses that may arise therefrom. Said losses, costs and expenses shall include, but not be limited to reasonable attorneys' fees and disbursements, court costs and forum fees, settlements…judgments, awards and payments of any kind…
> *See* Exhibit B, ¶ G, 3.

9.  On or about April 25, 2016, Larry Boggs entered into an agreement with Cetera to borrow up to $105.054 in two "advances": one for $77,999 and a Second for $27,055, subject to the satisfaction of certain conditions, including staying current on his obligations under the First Allied Note. The terms of Cetera's loan were evidenced by a Promissory Note that was signed and notarized by Larry Boggs on April 27, 2016 (the "CFG Note"). *See* Exhibit A, CFG Note.

10. Larry Boggs received only the first advance from Cetera, totaling $77,999.

11. Pursuant to the terms of the CFG Note, in the event that Larry Boggs's registration with FASI was terminated for any reason prior to repaying the Loan, "all amounts due shall immediately accelerate and any unpaid Principal Amount and any accrued but unpaid interest thereon, shall be immediately due and payable…" Ex. A, ¶ 6.a.ii.A.

12. Additionally, as set forth in the CFG Note, upon default, the applicable interest rate increased from 4.5% per annum to 9% per annum. Ex. A, ¶ 7.

13. Approximately one month after Larry Boggs executed the CFG Note, his son, Christopher Boggs – also a FASI representative – executed "Exhibit C, Addendum to Independent Contractor Agreement for Designated Financial Principal." By way of this Addendum, Christopher Boggs agreed as follows:

> I hereby agree to act as Designated Financial Principal (DFP) for Contractor, hereby agreeing that I am financially responsible as the primary obligor, as guarantor and as surety, for all of the monetary and financial obligations to First Allied of Contractor under the ICA, and I further agree that all of the terms, provisions and conditions relating to the monetary and financial obligations of Contractor thereunder, including those relating to the manner and satisfaction of those obligations, shall apply to myself as DFP.
> *See* Exhibit C.

14. Larry Boggs terminated his registration with First Allied on April 4, 2019. At the time of his termination, Larry Boggs owed $87,582.78 on the CFG Note, including interest. Over the next several months, commissions earned on Larry Boggs's accounts were applied toward his outstanding balance. As of July 31, 2019, following the application of all incoming commissions, Larry Boggs owed $63,264.03.

15. Larry Boggs and Christopher Boggs have thus far declined to pay Larry Boggs's debt to Cetera. Pursuant to the CFG Note, Cetera is entitled to recover "all reasonable costs and expenses, including attorneys' fees," expended in these enforcement proceedings. *See* Ex. A, ¶ 9.

//
//
//

# FIRST CAUSE OF ACTION
## BREACH OF CONTRACT
### (Against Larry Boggs and Christopher Boggs)

16. Cetera incorporates by reference each and every allegation contained in the prior paragraphs as though fully set forth herein.

17. Cetera and Defendant Larry Boggs executed a negotiable instrument in the form of the CFG Note. The CFG Note was signed and notarized by Larry Boggs on April 27, 2016. See Exhibit A, CFG Note.

18. By engaging in the acts set forth above, Larry Boggs breached the repayment terms of the CFG Note, causing damages to Cetera in the amount of $63,264.03, plus interest.

19. In addition, Cetera was required to obtain counsel to bring the instant action, thereby incurring additional damages, including attorneys' fees, in an amount yet to be determined but for which Defendant is responsible.

20. Cetera did all, or substantially all, of the things that the CFG Note required Cetera to do.

21. Pursuant to the Addendum to Independent Contractor Agreement for Designated Financial Principal, Christopher Boggs is jointly and severally liable for the debt obligations of Larry Boggs. *See* Exhibit C.

22. By refusing to pay Larry Boggs's debt, Christopher Boggs breached the repayment terms of the CFG Note and the Addendum to Independent Contractor Agreement for Designated Financial Principal.

## PRAYER FOR RELIEF

**WHEREFORE,** Cetera hereby requests the following relief:

A. Actual damages in the amount of $63,264.03; pursuant to the amount owed on the L. Boggs CFG Note, jointly and severally against all Defendants;

B. Interest on $63,264.03 pursuant to the L. Boggs CFG Note, accrued from April 4, 2019, through the date of payment in full, jointly and severally

against all Defendants;

C. All costs incurred by Cetera in connection with the enforcement and collection of the amount owed, including but not limited to costs of suit and arbitration costs, as against all Defendants;

D. Attorneys' fees incurred in connection with the filing of this Complaint, as against all Defendants.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial as provided by Rule 38 of the Federal Rules of Civil Procedure on all issues so triable.

**WINGET SPADAFORA & SCHWARTZBERG LLP**

Dated: April 3, 2023        By:   */s/Timothy W. Fredricks*
                                        Timothy W. Fredricks
                                        Taylor J. Trotter

                                        Attorney for Plaintiff
                                        CETERA FINANCIAL GROUP, INC.